## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

WILBERT L. JOHNSON,                                                             PLAINTIFF
No. 11588-12

v.                                     4:12-cv-00630-JMM-JJV

SPARCE, Psychiatrist, Pulaski County
sheriff Department; *et al*.                                          DEFENDANTS

## ORDER AND JUDGMENT

Before the Court is Plaintiff's Motion to Voluntarily Dismiss this cause (Doc. No. 7). Plaintiff does not wish to continue to prosecute his claims. Therefore, the Motion is GRANTED and this cause is DISMISSED without prejudice.

IT IS SO ORDERED this 5th day of November, 2012.

*[signature]*
JAMES M. MOODY
UNITED STATES DISTRICT JUDGE

1